**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| vs. | 2:17-cr-00061-APG-CWH |
| KELLY LUANNE SCHAIBLE, | **MINUTE ORDER** |
| Defendant. | |

Pretrial has submitted to the Court a request to modify release conditions.

Accordingly,

IT IS HEREBY ORDERED that a hearing on the proposed modification is scheduled for 10:00 AM, April 13, 2017, in Courtroom 3D. Defendant may appear by telephone.

The call-in telephone number is (888)273-3658, access code: 3912597. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.

DATED this 30th day of March, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE