FILED _____        _____ RECEIVED
ENTERED _____      _____ SERVED ON
                     COUNSEL/PARTIES OF RECORD

MAR - 1 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

KELLY LUANNE SCHAIBLE, AKA:
KELLY REED, AKA: HEATHER LANE,

        Defendant.

2:17-CR-061-APG-CWH

**Final Order of Forfeiture**

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); 18 U.S.C. § 982(a)(7); 21 U.S.C. § 334(a)(2) with 28 U.S.C. § 2461(c); and 21 U.S.C. § 853(p) based upon the plea of guilty by Kelly Luanne Schaible, aka: Kelly Reed, aka: Heather Lane, to the criminal offenses, forfeiting the property set forth in the Plea Agreement and the Forfeiture Allegations of the Indictment and shown by the United States to have the requisite nexus to the offenses to which Kelly Luanne Schaible, aka: Kelly Reed, aka: Heather Lane, pled guilty. Indictment, ECF No. 1; Preliminary Order of Forfeiture, ECF No. 35; Plea Agreement, ECF No. 36; Change of Plea, ECF No. 37.

On November 22, 2017, the Court signed and entered an Order granting the government's Motion for Interlocutory Sale (ECF No. 23), to allow the government to liquidate the 1998 Baja Boat and Trailer and the 2007 Lexus SUV. Order, ECF No. 28.

/ / /

/ / /

This Court finds that the United States of America may amend this order at any time to add subsequently located property or substitute property to the forfeiture order pursuant to Fed. R. Crim. P. 32.2(b)(2)(C) and 32.2(e).

This Court finds the United States of America published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from July 15, 2018, through August 13, 2018, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 39.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the property named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described are condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); 18 U.S.C. § 982(a)(7); 21 U.S.C. § 334(a)(2) with 28 U.S.C. § 2461(c); 21 U.S.C. § 853(p); and 21 U.S.C. § 853(n)(7) and shall be disposed of according to law:

1. $16,000 in lieu of the 1998 Baja Boat and Trailer, Serial No. AGC56001E798;

2. $12,300 in lieu of the 2007 Lexus Model GX 470, VIN: JTJBT20XX70146356;

3. $614.52;

4. $448.09;

5. $34,646.88;

6. $14,240;

7. HP Computer, serial number CNF00833BX;

8. HP "All in One", serial number 3CR9380CR3;

9. iPhone;

10. Cooler box containing Botulinum Toxin (BT);

11. Brown envelope containing United States Postal Service return from Germany with two vials of BT;

12. Box containing Hyaluronic acid and plastic bins;

13. Cooler box containing BT and hyaluronic acid;

14. Plastic bag containing vials with white powder;

15. Box containing miscellaneous misbranded drugs – "Careprost", "Radlesse", and "Travantan"; and

16. Plastic bag containing 5 boxes of Reyoungel

(all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED ___march 1___, 2019.

_____
HONORABLE ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

A copy of the foregoing was served upon counsel of record via Electronic Filing on **DATE**, 2019:

/s/ Heidi L. Skillin
HEIDI L. SKILLIN
FSA Contractor Paralegal