NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
NADIA AHMED
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Nadia.Ahmed@usdoj.gov

*Representing the United States of America*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
### -OOO-

UNITED STATES OF AMERICA,

                  Plaintiff,

   vs.

KELLY LUANNE SCHAIBLE,

                Defendant.

CASE NO: 2:17-cr-00061-APG-CWH

STIPULATION TO CONTINUE SENTENCING

It is hereby stipulated and agreed, by and between NICHOLAS A. TRUTANICH, United States Attorney, and Nadia Ahmed, Assistant United States Attorney, counsel for the United States of America, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for defendant KELLY LUANNE SCHAIBLE, that the restitution hearing currently scheduled for March 22, 2019 at 11:00 a.m., be continued until a time convenient to the Court but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1.     The parties need additional time investigate, review and potentially resolve issues relating to the restitution amount Defendant shall pay.

2.     The defendant is out of custody and does not object to this continuance.

3.     The additional time requested herein is not sought for purposes of delay, but merely to allow the parties sufficient time to prepare and present the Court with their

positions regarding restitution, or in the alternative, negotiate and stipulate to a restitution amount, in advance of the hearing.

4. Denial of this request for continuance could result in a miscarriage of justice.

5. The parties further stipulate that the briefing deadline set by the Court for March 15, 2019, be continued to a date and time consistent with the continued restitution hearing (one week before the new hearing date).

DATED this 15th day of March, 2019.


s// Nadia Ahmed
NADIA AHMED
Assistant United States Attorney

s// Nisha Brooks-Whittington
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
Counsel for Defendant SCHAIBLE

2

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
**-OOO-**

UNITED STATES OF AMERICA,

                Plaintiff,

vs.

KELLY LUANNE SCHAIBLE,

                Defendant.

CASE NO: 2:17-cr-00061-APG-CWH

ORDER

       FINDING GOOD CAUSE exists to continue the restitution hearing and briefing deadline, IT IS HEREBY ORDERED that said hearing in the above-captioned matter currently scheduled for March 22, 2019 at 11:00 a.m., be vacated and continued to _____Thursday, May 9_____, 2019, at _____2:30_____ ~~a.m~~/p.m.

       IT IS FURTHER ORDERED that the briefing deadline regarding restitution shall be vacated and continued to ___Thursday, May 2___, 2019.


       DATED this 15th of March, 2019.



_____
HONORABLE ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

3