NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
NADIA AHMED
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Nadia.Ahmed@usdoj.gov

*Representing the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
**-OOO-**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KELLY LUANNE SCHAIBLE,<br><br>Defendant. | CASE NO: 2:17-cr-00061-APG-CWH<br><br>STIPULATION AS TO PAYMENT OF RESTITUTION |

It is hereby stipulated and agreed, by and between NICHOLAS A. TRUTANICH, United States Attorney, and Nadia Ahmed, Assistant United States Attorney, counsel for the United States of America, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for defendant KELLY LUANNE SCHAIBLE, that the restitution hearing currently scheduled for May 14, 2019 at 11:15 a.m., be vacated and that restitution be issued as follows.

This Stipulation is entered into for the following reasons:

1. The parties have resolved the issue of restitution and jointly request that the Court impose restitution in the amount of $15,000.00 to the victim, N.R.

2. The parties further jointly request that the Court amend the judgment issued in this case to reflect the restitution amount of $15,000 and attach to the judgment the

restitution list submitted separately to the Court's courtroom deputy to this stipulation.

  3.  The parties also agree that Ms. Schaible does not have the ability to pay interest and therefore request, pursuant to 18 U.S.C. § 3612(f)(3)(A), that this Court waive the requirement for interest.

  DATED this 8th day of May, 2019.

  Respectfully submitted,

NICHOLAS A. TRUTANICH
United States Attorney

*s// Nadia Ahmed*            *s// Nisha Brooks-Whittington*
NADIA AHMED             NISHA BROOKS-WHITTINGTON
Assistant United States Attorney     Assistant Federal Public Defender
                     Counsel for Defendant SCHAIBLE

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>KELLY LUANNE SCHAIBLE,<br><br>               Defendant. | CASE NO: 2:17-cr-00061-APG-CWH<br><br>ORDER |

FINDING GOOD CAUSE exists to vacate the restitution hearing and briefing deadline, IT IS HEREBY ORDERED that said hearing shall be vacated.

IT IS FURTHER ORDERED that the judgment in this case shall be amended to reflect the award of restitution in the amount of $15,000.00 to the victim, N.R.

IT IS FURTHER ORDERED that the restitution list shall be attached to the amended judgment.

IT IS FURTHER ORDERD that Pursuant to 18 U.S.C. § 3612(f)(3)(A), the requirement for interest is waived.

DATED this 9th of May, 2019.

_____
HONORABLE ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE