RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Nisha_Brooks-Whittington@fd.org

Attorney for Kelly Luanne Schaible

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KELLY LUANNE SCHAIBLE<br><br>　　　　　Defendant. | Case No. 2:17-cr-0061-APG-CWH<br><br>**UNOPPOSED MOTION FOR AN ORDER FOR THE RETURN OF THE DEFENDANT'S UNITED STATES PASSPORT** |

Defendant, Kelly Luanne Schaible, by and through her attorney of record, Nisha Brooks-Whittington, Assistant Federal Public Defender, hereby files this Unopposed Motion for an Order to Return Ms. Schaible's United States Passport.

1. Ms. Schaible was placed on Pretrial Supervision on March 8, 2017. ECF No. 6. Pursuant to condition seventeen of her pretrial release conditions, Ms. Schaible surrendered her United States passport to the United States Pretrial Services Office. ECF No. 11.

2. On July 6, 2018, Ms. Schaible pled guilty, pursuant to a written plea agreement, to two counts in the Indictment. ECF No. 37. Ms. Schaible was sentenced to a five-year term of probation on March 1, 2019. ECF Nos. 51, 52.

3. Undersigned counsel recently requested the return of Ms. Schaible's passport from the Pretrial Services Office. However, counsel was informed that since the Court ordered the

surrender of her passport, Ms. Schaible would need a court order allowing for the return of her passport.

4. Undersigned counsel spoke to AUSA Nadia Ahmed and the government does not oppose this motion.

5. Based on the above Ms. Schaible respectfully requests that this Court enter an order that Pretrial Service shall relinquish Ms. Schaible's United States passport to her.

DATED this 23rd of May, 2019.

Respectfully submitted,

RENE L. VALLADARES
Federal Public Defender

By /s/ Nisha Brooks-Whittington
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender

IT IS SO ORDERED.

Dated: May 23, 2019.

_____
UNITED STATES DISTRICT JUDGE